IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DON PARTRIDGE AND WIFE,
KAREN M. PARTRIDGE                                              PLAINTIFFS

vs.                    No. 03-CV-4128

NOVARTIS PHARMACEUTICALS CORPORATION
and NOVARTIS CONSUMER HEALTH, INC.                              DEFENDANTS

## ORDER ON JOINT STIPULATION FOR DISMISSAL

THIS MATTER coming before the Court on Plaintiffs, Don Partridge and Karen M. Partridge, and Defendants, Novartis Pharmaceuticals Corporation and Novartis Consumer Health, Inc.'s Joint Stipulation for Dismissal with prejudice, and the Court having considered said Joint Stipulation:

It is hereby ORDERED, ADJUDGED AND DECREED that all claims in the above-referenced action are hereby dismissed with prejudice. The parties shall bear their own attorneys' fees and costs.

IT IS SO ORDERED this 26th day of July, 2006.

/s/ Harry F. Barnes
Judge Harry F. Barnes
U.S. DISTRICT COURT JUDGE